992

In the Matter of the Petition of Clinton BROME for a Writ of Prohibition and a Writ of Mandamus.
No. 376, Original.

Circuit Court of Appeals, Eighth Circuit.
Oct. 6, 1934.

Amos Thomas and Clinton Brome, both of Omaha, Neb., for petitioner.

M. E. Culhane, of Minneapolis, Minn., D. S. Elliott, of Sioux Falls, S. D., and Olaf Eidem, of Brookings, S. D., for respondent.

PER CURIAM.

Motion for leave to file petition dismissed without costs to either party in this court on motion of petitioner.

In the Matter of Frank A. BUCCI, Bankrupt. New York Credit Men's Association, Appellant.
No. 146.

Circuit Court of Appeals, Second Circuit.
Dec. 4, 1934.

Francis E. Rivers, of New York City (Henry Welling, of New York City, of counsel), for appellant.

Ralph E. Becker, of Port Chester, N. Y., for appellee.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed in open court.

Charles G. BUDER, Appellant, v. GREAT ATLANTIC & PACIFIC TEA CO.
No. 10058.

Circuit Court of Appeals, Eighth Circuit.
July 21, 1934.

Lee A. Hall and Myrt A. Rollins, both of St. Louis, Mo., for appellant.

William H. Allen, W. Edwin Moser, and John S. Marsalek, all of St. Louis, Mo., for appellee.

PER CURIAM.

Appeal docketed and dismissed at costs of appellant on motion of appellee and certificate of clerk of United States District Court under Rule 16.

John W. BUMB, Appellant, v. UNITED STATES of America.
No. 10051.

Circuit Court of Appeals, Eighth Circuit.
July 16, 1934.

R. J. Schroeder, of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., and Irwin Sale, Asst. U. S. Atty., of St. Louis, Mo.

PER CURIAM.

Appeal docketed and dismissed without costs to either party in this court, on motion of appellee and certificate of clerk of United States District Court under Rule 16.